## THE STATE OF INDIANA *v.* SMITH.

[No. 21,491.   Filed January 27, 1910.]

From Pike Circuit Court; *Frank Ely*, Special Judge.

Prosecution by the State of Indiana against Ralph Smith.   From a judgment releasing the defendant, during good behavior, from the payment of the fine imposed, the State appeals.   *Reversed.*

*James Bingham*, Attorney-General, *A. G. Cavins, W. H. Thompson* and *E. M. White*, for the State.

MYERS, J.—The questions presented by the record in this case are the same as in *State* v. *Smith* (1910), *ante*, 388, and for the reasons there given the judgment of July 23, 1908, is reversed, with instructions to the court below to sustain the demurrer of the State to appellee's petition.

## HUTTON ET AL *v.* BOZE ET AL.

[No. 21,371.   Filed January 27, 1910.]

From White Circuit Court; *James P. Wason*, Judge.

Highway petition by Stephen J. Boze and others, against which James C. Hutton and another remonstrate.   From a judgment for petitioners, remonstrants appeal.   *Affirmed.*

*Alfred W. Reynolds, Addison K. Sills* and *Addison K. Sills, Jr.*, for appellants.
*James T. Graves, R. J. Million* and *Thomas J. Hanna*, for appellees.

MONTGOMERY, J.—The questions presented in this case are in all respects the same as those involved in the case of *Moore* v. *Bible* (1910), *ante*, 413, and upon the authority of that case and the decisions on which it rests the judgment is affirmed.